```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x
```

YIANETTE RIVERA,

              Plaintiff,           **MEMORANDUM & ORDER**
                                             22-CV-1232 (EK)(PK)

      -against-

ABM INDUSTRIES, INC.,

              Defendant.

```
--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Kuo's Report and Recommendation (R&R) dated September 29, 2023. ECF No. 36. Judge Kuo recommends that I grant Defendant's motion for attorneys' fees and award Defendant $2,685.25 in attorneys' fees. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Kuo's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety. Thus, I grant Defendant's motion for attorneys' fees. The Clerk of Court is respectfully directed to enter judgment in

Defendant's favor in the amount of $2,685.25 for attorneys' fees.

    SO ORDERED.

                                                /s/ Eric Komitee
                                            ERIC KOMITEE
                                            United States District Judge

Dated:    October 17, 2023
            Brooklyn, New York